No. 1081. VISIDOR CORP. *v.* BOROUGH OF CLIFFSIDE PARK. Sup. Ct. N. J. Certiorari denied. *Louis Eisenstein* and *Frederick L. Bernstein* for petitioner. *Paul L. Basile* for respondent.

No. 1013. WORLEY ET AL. *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Julius Lucius Echeles* for petitioners.

No. 1096. DADDONA ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD. Sup. Ct. Conn. Certiorari denied. *Samuel Gruber* for petitioners. *Theodore Godlin* for respondent.

No. 1012. MITCHELL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert L. Bobrick* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

MR. JUSTICE DOUGLAS, dissenting.

Petitioner did not report for induction as ordered, was indicted, convicted, and sentenced to five years' imprisonment and his conviction was affirmed. 369 F. 2d 323. His defense was that the "war" in Vietnam was being conducted in violation of various treaties to which we were a signatory, especially the Treaty of London of August 8, 1945, 59 Stat. 1544, which in Article 6 (a) declares that "waging of a war of aggression" is a "crime against peace" imposing "individual responsibility." Article 8 provides:

> "The fact that the Defendant acted pursuant to order of his Government or of a superior shall not free him from responsibility, but may be considered in mitigation of punishment if the Tribunal determines that justice so requires."